**No. 56175.**—H. Klaff & Co., Inc. *v.* United States, protest 162485–K (Baltimore).

Opinion by LAWRENCE, J.   It was stipulated that certain items of the merchandise consist of stainless steel scrap; that said scrap is a ferrous material in chief value of metal; and that it is secondhand or waste or refuse fit only to be re-manufactured.   Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.